**Dismissed and Memorandum Opinion filed November 5, 2019.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00837-CR

_____

**KEELAN  JAWOM MIMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 351st District Court
Harris County, Texas
Trial Court Cause No. 1510035**

### MEMORANDUM  OPINION

After a plea of guilty to the offense of burglary of a habitation with intent to commit theft, appellant was sentenced to three years of deferred adjudication on January 31, 2018. No motion for new trial was filed. Appellant's notice of appeal was not filed until October 1, 2019.

A defendant's notice of appeal must be filed within 30 days after sentence is imposed when the defendant has not filed a motion for new trial. *See* Tex. R. App.

P. 26.2(a)(1). A notice of appeal that complies with the requirements of Texas Rule of Appellate Procedure 26 is essential to vest the court of appeals with jurisdiction. *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998). If an appeal is not timely perfected, a court of appeals does not obtain jurisdiction to address the merits of the appeal. Under those circumstances it can take no action other than to dismiss the appeal. *Id.*

Accordingly, we order the appeal dismissed.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Zimmerer.
Do Not Publish — Tex. R. App. P. 47.2(b).